Jay NEWTON, Plaintiff—Appellant,

v.

G.K. WASHINGTON, Regional Director; D.M. Vaughan, Warden; S.A. Tinsley, Investigator; Walker, Investigator; D. Saunders, Hearing Officer, Defendants—Appellees.

No. 08–7274.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 22, 2009.

Decided: Feb. 23, 2009.

Jay Newton, Appellant Pro Se.

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay Newton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* *Newton v. Washington*, No. 1:08–cv–00599–LMB–JFA (E.D. Va. June 24, 2008). We dispense with oral argument because the

---

* We specifically note that Newton's claim that he is excused from administratively grieving his claims based on futility is without merit.

*See Booth v. Churner*, 532 U.S. 731, 741 n. 6, 121 S.Ct. 1819, 149 L.Ed.2d 958 (2001).